IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


TERESA LAMBEL, individually and
on behalf of all other similarly situated                                              PLAINTIFF

v.                                        Case No. 6:22-cv-6123

CARIB'S CABLE AND FIBER, LLC                                                    DEFENDANT


**ORDER**

      Before the Court is a Motion for Authority to Serve Via Warning Order. ECF No. 6. On November 30, 2022, Plaintiff filed her complaint. ECF No. 2. Plaintiff hired a process server to serve Defendant at the registered agent's address in North Port, Florida. After three attempts to serve Defendant, the process server was unsuccessful. ECF No. 6-1, at 2-3. Plaintiff then sent the summons and complaint to the registered agent's address via certified mail, restricted delivery, return receipt requested. A delivery attempt was made on December 23, 2022, but no authorized recipient was available to accept the package. The package was not picked up, and it was returned to Plaintiff on January 27, 2023. It was marked as "return to sender / unclaimed / unable to forward" by the United States Postal Service. ECF No. 6-1, at 3. Plaintiff has been unable to complete service and requests permission to serve Defendant by warning order.

      Federal Rule of Civil Procedure 4(e) states that an individual may be served in the manner authorized by the state in which the district court sits or by the state in which the service is to be accomplished. Here, Plaintiff is relying on Arkansas law, which allows service by warning order. Ark. R. Civ. P. 4(g)(3). "On the filing by the plaintiff or his or her attorney of an affidavit showing that, after diligent inquiry, the identity or whereabouts of the defendant remain

unknown, the clerk shall issue a warning order . . . ." *Id.* From the instant motion and accompanying exhibits, the Court concludes that Plaintiff has made a diligent effort to effect service and has nevertheless been unable to serve Defendant. Therefore, for good cause shown, the Court **GRANTS** the instant motion (ECF No. 6) and **ORDERS** the following: (1) Plaintiff is authorized to serve Defendant by warning order, pursuant to Federal Rule of Civil Procedure 4(e) and Arkansas Rule of Civil Procedure 4(g)(3); and (2) Plaintiff is directed to prepare the warning order and submit it to the Clerk of Court for signature.

**IT IS SO ORDERED**, this 20th day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge