IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**TERESA LAMBEL, individually and
on behalf of all others similarly situated**     **PLAINTIFF**

v.     Case No. 6:22-CV-06123

**CARIB'S CABLE AND FIBER, LLC**     **DEFENDANT**

## WARNING ORDER FOR IN PERSONAM JUDGMENT

TO THE DEFENDANT:    Carib's Cable and Fiber, LLC

Defendant is hereby warned to appear in this Court within 30 days from the date of first publication of this Order and answer the Complaint filed against them by Plaintiff. Failure to file a written answer may result in entry of judgment by default or otherwise bar Defendant from answering or asserting any defenses they may have.

It is so ordered this __21st__ day of __March__, 2023.



_Jessica Michael_
Clerk of Court