IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**TERESA LAMBEL, individually and on behalf of all
Others similarly situated**                                               **PLAINTIFF**

      v.                         Case No. 6:22-CV-06123

**CARIB'S CABLE AND FIBER, LLC**                                **DEFENDANT**

### Plaintiff's Motion to Strike Defendant's Answer

Plaintiff Teresa Lambel, by and through counsel and pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, hereby moves the Court to Strike the Answer of Defendant Carib's Cable and Fiber, LLC.

1. The above-captioned proceeding is an action under the Fair Labor Standards Act, 29 U.S.C. § 201, and the Arkansas Minimum Wage Act, A.C.A. § 11-4-201, for unpaid wages owed to Plaintiff and similarly situated employees by Defendant, their employer.

2. Plaintiff filed its complaint against Defendant on November 30, 2022 (Doc. No. 2).

3. Service of process was perfected on Defendant with the publication of the Warning Order on March 26, 2023, and April 2, 2023.

4. Defendant, acting *pro se*, filed an Answer to Complaint on April 20, 2023 (Doc. No. 11). This answer was a two-page general denial of all claims in Plaintiff's complaint, ending with Defendant raising "all affirmative defenses."

5. The Defendant is a corporate defendant and may not proceed before this Court *pro se*. The U.S. Supreme Court has stated: "[i]t has been the law for the better

part of two centuries ... that a corporation may appear in federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *see also Deleon*, 2012 U.S. Dist. LEXIS at 2-3 (dismissing Complaint of *pro se* corporate plaintiff).

6. The Defendant is not a licensed attorney, and no licensed attorney filed an Answer on behalf of the Defendant. Accordingly, the Answer filed on April 20, 2023 must be stricken.

WHEREFORE, for these reasons, Plaintiff respectfully requests that the Answer of Defendant be stricken from the Record; for its attorney's fees and costs for filing this Motion; and for all other available relief.

    Respectfully submitted,

**TERESA LAMBEL, individually and on behalf of all others similarly situated, PLAINTIFF**

wh Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:    Stewart Whaley (ABN: 2009084)
stewart@wh.law
Chris Burks (ABN: 2010207)
chris@wh.law

## Certificate of Service

I sent the following person this document on April 26, 2023, through the following means:

( ) E-File
( ) Email
( ) Fax
(x) Traditional Mail

Carib's Cable and Fiber, LLC
2001 Jeannin Dr.
North Port, FL 34288

                                By:    */s/ Stewart Whaley*
                                          Stewart Whaley