IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TERESA LAMBEL, Individually and on behalf
of all others similarly situated                                                      PLAINTIFF

v.                                         Case No. 6:22-cv-6123

CARIB'S CABLE AND FIBER, LLC                                                          DEFENDANT

## ORDER

  Before the Court is a Joint Stipulation of Dismissal.  ECF No. 23.  The parties stipulate that all claims asserted in this matter should be dismissed with prejudice.  An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  The instant stipulation of dismissal is signed by both Plaintiff and Defendant.  Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for purposes of maintaining the docket.  Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED**, this 2nd day of April, 2024.

                 /s/ Susan O. Hickey
                 Susan O. Hickey
                 Chief United States District Judge